IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARRIE WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:07cv449-MHT |
| THE STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW the undersigned and moves to withdraw as counsel for Defendants in this case. As grounds therefore, the undersigned states that, with the conversion of Plaintiff's claims to an individual case, Defendants are represented by other counsel who have already appeared in the case.

Respectfully submitted this 22nd day of May, 2007.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Special Deputy Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: jpark@ago.state.al.us

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 22nd day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

Alice Ann Byrne, Esq.  
Alabama State Personnel Department  
64 North Union Street  
Montgomery, AL 36130  

Margaret L. Fleming  
Office of the Attorney General  
11 South Union Street  
Montgomery, AL 36130  

Patrick Hanlon Sims  
Cabaniss Johnston Gardner Dumas & O'Neal  
P. O. Box 2906  
Mobile, AL 36652-2906  

William Kenneth Thomas  
William F. Gardner  
Cabaniss, Johnston, Gardner, Dumas & O'Neal  
Park Place Tower, Suite 700  
2001 Park Place North  
Birmingham, AL 35203  

Henry Lewis Gillis  
Thomas, Means, Gillis & Seay, P.C.  
400 Financial Center  
505 20th Street North  
Birmingham, AL 35203  

Amy L. Stuedeman  
Andrew P. Campbell  
Brandy Murphy Lee  
Thomas O. Sinclair  
Wendy T. Tunstill  
Campbell Waller & Poer LLC  
2100-A SouthBridge Parkway  
Suite 450  
Birmingham, AL 35209-1303  

Willie Julius Huntley, Jr.  
The Huntley Firm PC  
P. O. Box 370  
Mobile, AL 36601  

Robert Jackson Russell, Sr.  
Department of Agriculture & Industries  
P. O. Box 3336  
1445 Federal Drive  
Montgomery, AL 36109  

Robert F. Childs, Jr.  
Rocco Calamusa, Jr.  
Wiggins Childs Quinn & Pantanzis, P.C.  
301 19th Street North  
Birmingham, AL 35203-3204  

Roderick Twain Cooks  
Winston Cooks, LLC  
319 17th Street North  
Birmingham, AL 35203  

Mai Lan Fogal Isler  
Christopher W. Weller  
Capell, Howard, Knabe & Cobb, P.A.  
P.O. Box 2069  
Montgomery, AL 36102-2069  

Frank Decalve Marsh  
Alabama Department of Industiral Relations  
649 Monroe Street  
Montgomery, AL 36131  

Andrew Weldon Redd  
Alabama Department of Transportation  
1409 Coliseum Boulevard  
Montgomery, AL 36130

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number:  (PAR041)
Special Deputy Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us