IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CARRIE WARREN and  LEE M. TAYLOR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:07cv449-MHT |
| STATE OF ALABAMA, et al., | ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 5) is granted.

DONE, this the 22nd day of May, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**