IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CARRIE WARREN, et al.,        )
                              )
        Plaintiffs,           )
                              )        CIVIL ACTION NO.
        v.                    )         2:07cv449-MHT
                              )
STATE OF ALABAMA, et al.,     )
                              )
        Defendants.           )

## ORDER

It is ORDERED that the motion to withdraw (Doc. No. 8) is granted.

DONE, this the 23rd day of May, 2007.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE