**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **CARRIE WARREN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | )    2:07cv 449 -MHT |
| **STATE OF ALABAMA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF APPEARANCE**

COMES NOW Charles W. Reed and Jenifer Champ Wallis of the law firm Campbell, Waller & Poer, LLC, and enters their appearances as additional counsels of record for Defendants in the above-styled cause.

Respectfully Submitted,

 /s/  Charles W. Reed, Jr.
Charles W. Reed, Jr. (ASB-4383-D51C)
One of the Attorneys for Defendants
CAMPBELL, WALLER & POER, L.L.C.
2100A SouthBridge Parkway
Suite 450
Birmingham, AL 35209
205- 803-0051 - telephone
205-803-0053 – facsimile
creed@cwp-law.com - email


 /s/  Jenifer Champ Wallis
Jennifer Champ Wallis (ASB-1993-R73W)
One of the Attorneys for Defendants
CAMPBELL, WALLER & POER, L.L.C.
2100A SouthBridge Parkway
Suite 450
Birmingham, AL 35209
205- 803-0051 - telephone
205-803-0053 – facsimile
jwallis@cwp-law.com – email

## CERTIFICATE OF SERVICE

I hereby certify that I have on June 6, 2007, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

| | |
|---|---|
| **Russell Wayne Adams**<br>**Rocco Calamusa, Jr.**<br>**Joseph Hiram Calvin, III**<br>**Richard Joe Ebbinghouse**<br>**Alan H. Garber**<br>**Kimberly C. Page**<br>**Gregory O'Dell Wiggins**<br>Wiggins Childs Quinn & Pantanzis, PC<br>301 19th Street North<br>Birmingham, AL 35203-3204 | **Scott A. Gilliland**<br>111 9th Street North<br>Suite 400<br>Birmingham, AL 35203-3040<br><br>**James Alan Mendelsohn**<br>Collins Law Firm<br>1117 22nd Street South<br>Birmingham, AL 35205-2813 |
| **Byron Renard Perkins**<br>The Cochran Firm<br>505 North 20th Street<br>Suite 505<br>Birmingham, AL 35203 | **William Patton Gray, Jr.**<br>Gray & Associates LLC<br>3800 Colonnade Parkway, Suite 545<br>Birmingham, AL 35243 |
| **Robert Jackson Russell, Sr.**<br>Department of Agriculture & Industries<br>P. O. Box 3336<br>1445 Federal Drive<br>81 Watson Circle<br>Montgomery, AL 36107 | **Margaret L. Fleming**<br>**John J. Park, Jr.**<br>Office of the Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130-0152 |
| **Henry Lewis Gillis**<br>Thomas Means Gillis & Seay PC<br>PO Drawer 5058<br>Montgomery, AL 36103-5058 | **Willie Julius Huntley, Jr.**<br>The Huntley Firm PC<br>PO Box 370<br>Mobile, AL 36601 |
| **Mai Lan Fogal Isler**<br>**Christopher W. Weller**<br>Capell Howard PC<br>PO Box 2069<br>Montgomery, AL 36102-2069 | **Frank Decalve Marsh**<br>Assistant General Counsel<br>State of Alabama<br>Department of Industrial Relations<br>649 Monroe Street, Room 211<br>Montgomery, AL 36131 |
| **Andrew Weldon Redd**<br>Alabama Department of Transportation<br>Legal Bureau<br>1409 Coliseum Boulevard<br>Montgomery, AL 36110 | **David Michael Smith**<br>Maynard, Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203-2618 |

**Alice Ann Byrne**  
State Personnel Department  
64 North Union Street  
Folsom Administrative Building  
Suite 316  
Montgomery, AL 36130

**William F. Gardner**  
**William Kenneth Thomas**  
Cabaniss Johnston Gardner Dumas O'Neal  
PO Box 830612  
Birmingham, AL 35283-0612

\s\ Jenifer Champ Wallis  
OF COUNSEL