IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **CARRIE WARREN, et al.,** ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv449-MHT |
| ) | |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
|    Defendants. ) | |

### ORDER

Upon consideration of the joint proposal for consolidation and severance (doc. no. 13), it is ORDERED that an on-the-record status conference is set for June 21, 2007, at 8:15 a.m.

Counsel for the State of Alabama is to arrange for the conference to be conducted by telephone.

DONE, this the 20th day of June, 2007.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**