**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

June 22, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Warren v. State of Alabama et al**

**Case Number 2:07-cv-00449-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the erroneous PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 32  filed on   June 21, 2007.**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **CARRIE WARREN,** | ) |
|     Plaintiff, | ) ) |
|     v. | )    CIVIL ACTION NO. )    2:07cv449-MHT ) |
| **STATE OF ALABAMA, et al.,** | ) ) |
|     Defendants. | ) |

ORDER

Based on the representations made on the record at this morning's status conference, it is ORDERED as follows:

(1) By July 30, 2007, the parties are to file a joint statement identifying (a) the defendants that will remain a party to this case, (b) the plaintiff's and defendants' attorneys that will remain attorneys of record in this case, and (c) which party, or parties, each remaining attorney represents.

(2) The purpose of the joint statement is to purge the record of parties and attorneys that the parties <u>agree</u>

need not remain in the case.  If there is disagreement, such party or attorney should, for now, remain.  The statement shall not constitute consent or waiver regarding the legal merits of who should be dismissed or excluded.

(3) After the joint statement is filed, the court will enter an order directing the clerk of the court to terminate all parties and attorneys <u>not</u> identified as remaining in this case.  Should any new attorney appear in the statement who is not already on the docket as an attorney of record, that attorney should separately file a notice of apperance.

DONE, this the 21st day of June, 2007.

                                                  /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE