IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| CARRIE WARREN, LEE TAYLOR, SHEILA RUSSELL, ROBERT TAYLOR, LANEETA ROBERTS, VELMA EASTERLING, SYLVIA ADAMS, FRANKLIN McMILLON, KITTY ARCHIE-WILLIAMS, ROY HIGHTOWER, GAIL HOWARD, CHARLES WILSON, MORGAN WILSON, LAURA JOHNSON-PRICE, DIANE GREEN, and DOROTHY CARSON, ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2-07-cv-449-MHT |

   Plaintiff,

v.

STATE OF ALABAMA, et al.,

   Defendants.

## MOTION TO WITHDRAW

William F. Gardner, being deceased on May 15, 2007 and William K. Thomas no longer representing any party in this case, it is requested the William F. Gardner and William K. Thomas be allowed to withdraw as counsel in this case and all related cases.

        ***/s/ William K. Thomas***
        William K. Thomas (THO066)
        Cabaniss, Johnston, Gardner,
         Dumas & O'Neal LLP
        2001 Park Place North, Suite 700
        Birmingham, Alabama  35203
        Phone:  (205) 716-5200
        Fax:  (205) 716-5389
        e-mail:  wkt@cabaniss.com

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **MOTION TO WITHDRAW** has been filed using the CM/ECF system and will be served electronically by the system.

This   20th   day of June, 2007.


                                        */s/ William K. Thomas*