IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CARRIE WARREN, | ) | |
| | ) | |
|    Plaintiffs | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv449-MHT |
| | ) | |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 36) is granted.

DONE, this the 9th day of July, 2007.


       /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**