IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARRIE WARREN,** *et al.* ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **07 cv 449-MHT** |
| ) | |
| **STATE OF ALABAMA,** *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

_____

### JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 32], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

    **A.**    **Defendants remaining in the case:**

        1. Department of Public Health

        2. Dr. Donald E. Williamson, State Health Officer for Department of Public Health

        3. State Personnel Department

        4. Jackie Graham, Director of the State Personnel Department

    **B.**    **Attorneys in the case:**

        1. Russell W. Adams

        2. Rocco Calamusa, Jr.

        3. Warren B. Lightfoot, Jr.

    4. John B. Holmes III

    5. Abigail H. Avery

    6. John R. Wible

    7. Alice Ann Byrne

**C.     Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Carrie Warren | Russell W. Adams |
|  | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| Department of Public Health | Warren B. Lightfoot, Jr. |
|  | John B. Holmes III |
|  | Abigail H. Avery |
|  | John R. Wible |
| Dr. Donald E. Williamson, State Health Officer | Warren B. Lightfoot, Jr. |
|  | John B. Holmes III |
|  | Abigail H. Avery |
|  | John R. Wible |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period. The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 30th day of July, 2007.

|  |  |
|---|---|
|  |   /s/  Russell W. Adams<br>RUSSELL W. ADAMS (ASB 3760-A62R)<br>Attorney for Plaintiff |
| Address of Counsel:<br>WIGGINS CHILDS QUINN & PANTAZIS, P.C.<br>The Kress Building<br>301 19th Street North<br>Birmingham, AL 35203-3204<br>(205) 314-0500 |  |
|  |   /s/ Alice Ann Byrne<br>ALICE ANN BYRNE (BYR 015)<br>Attorney for Defendants<br>State of Alabama, Governor Fob James,<br>State Personnel Department, and Jackie Graham,<br>Director of State Personnel Department |
| Address of Counsel :<br>STATE PERSONNEL DEPARTMENT<br>LEGAL DIVISION<br>64 North Union Street<br>Folsom Administrative Bldg.<br>Suite 316<br>Montgomery, AL 36130<br>(334) 242-3451 |  |
|  |   /s/ Warren B. Lightfoot, Jr.<br>WARREN B. LIGHTFOOT, JR. (LIG 003)<br>JOHN B. HOLMES, III (HOL 115)<br>ABIGAIL H. AVERY (AVE 014)<br>Attorney for Defendants<br>Department of Public Health and Dr.<br>Donald E. Williamson, State Health Officer |
| Address of Counsel :<br>MAYNARD COOPER & GALE, PC<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203-2618<br>(205) 254-1000 |  |
|  |   /s/ John R. Wible<br>JOHN R. WIBLE (WIB 001)<br>Attorney for Defendants<br>Department of Public Health and Dr.<br>Donald E. Williamson, State Health Officer |

Address of Counsel:
DEPT. OF PUBLIC HEALTH
Legal Office
201 Monroe Street
Montgomery, AL  36130-4000
(334) 206-5200