IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CARRIE WARREN,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.:2:07-CV-449-MHT |
| | * | |
| **DEPARTMENT OF PUBLIC HEALTH, et al.** | * | |
| | * | |
| | * | |
| Defendant. | * | |

**NOTICE OF DISMISSAL**

COMES NOW, Plaintiff Carrie Warren, and dismisses her claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as she no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment. Subsequent to the filing of her complaint in intervention, Ms. Warren has received promotions above that sought in her complaint in intervention.

Respectfully submitted,

/s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have served a copy of the foregoing Notice of Dismissal on counsel via
e-mail, addressed, to the following:

    Alice Ann Byrne
    State Personnel Department
    64 North Union Street
    316 Folsom Administrative Bldg.
    Montgomery, AL 36130
    AliceAnn.Byrne@personnel.alabama.gov

    Warren B. Lightfoot, Jr.
    John B. Holmes, III
    Abigail H. Avery
    Maynard, Cooper & Gayle, P.C.
    1901 Sixth Avenue North
    2400 AmSouth Harbert Plaza
    Birmingham, AL 35203-2618
    wlightfoot@maynardcooper.com
    jholmes@maynardcooper.com
    aavery@maynardcooper.com

    John R. Wible
    Department of Public Health
    Legal Office
    201 Monroe Street
    Montgomery, AL 36130-4000
    jwible@adph.state.al.us

This 30th day of October, 2007.

                                          /s/ Russell W. Adams
                                          OF COUNSEL